IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NO. |
| | ) 1:11-CV-784-ODE |
| SUNTRUST BANKS, INC. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants move under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint with prejudice. The bases for this motion and the supporting authorities are set forth in the contemporaneously filed Brief.

**WHEREFORE**, Defendants move for an Order dismissing Plaintiff's Complaint with prejudice.

Respectfully submitted, this 20th day of May 2011.

*/s/ Darren A. Shuler*
David Tetrick, Jr.
Georgia Bar No. 713653
Darren A. Shuler
Georgia Bar No. 644276
Michael B. Wakefield
Georgia Bar No. 950517

2

        **KING & SPALDING LLP**
        1180 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3531
        (404) 572-4600
        (404) 572-5135 (facsimile)
        dtetrick@kslaw.com
        dshuler@kslaw.com
        mwakefield@kslaw.com


        **Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al. | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NO. |
| | ) 1:11-CV-784-ODE |
| SUNTRUST BANKS, INC. et al. | ) |
| | ) |
|       Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to the following attorneys of record:

Alan R. Perry, Jr.   J.
**PAGE PERRY LLC**
1040 Crown Point Parkway
Suite 1050
Atlanta, Georgia  30338
aperry@pageperry.com

Brian McTigue
Bryan T. Veis
James A. Moore
**MCTIGUE & VEIS LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC 20016
bmctigue@mcgtiguelaw.com
bveis@mctiguelaw.com
jmoore@mctiguelaw.com

*/s/ Darren A. Shuler*
Georgia Bar No. 644276