# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO. |
| ) | 1:11-CV-784-ODE |
| SUNTRUST BANKS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS BITLER, HOEPNER, LANIER, JR., O'HALLORAN, SPIEGEL, AND STEELE'S MOTION TO DISMISS

Defendants Harold Bitler, Ted Hoepner, Joseph L. Lanier, Jr., William O'Halloran, John Spiegel, and Mary Steele move under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint with prejudice. These Defendants join in and incorporate herein by reference the grounds and authorities set forth in the Motion to Dismiss and supporting Brief filed with the Court on May 20, 2011 [Doc. No. 29].

**WHEREFORE**, Defendants move for an Order dismissing Plaintiff's Complaint with prejudice.

Respectfully submitted, this 26th day of May, 2011.

    */s/ Darren A. Shuler*
David Tetrick, Jr.
Georgia Bar No. 713653
dtetrick@kslaw.com
Darren A. Shuler
Georgia Bar No. 644276
dshuler@kslaw.com
Michael B. Wakefield
Georgia Bar No. 950517
mwakefield@kslaw.com
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3531
Telephone:  (404) 572-4600
Fascimile:  (404) 572-5135

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BARBARA J. FULLER, et al.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|  vs. ) | **CIVIL ACTION FILE NO.** |
| ) | **1:11-CV-784-ODE** |
| **SUNTRUST BANKS, INC., et al.** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to the following attorneys of record:

| | |
|---|---|
| Alan R. Perry, Jr. | J. Brian McTigue |
| **PAGE PERRY LLC** | Bryan T. Veis |
| 1040 Crown Point Parkway | James A. Moore |
| Suite 1050 | **MCTIGUE & VEIS LLP** |
| Atlanta, Georgia  30338 | 4530 Wisconsin Avenue, NW |
| aperry@pageperry.com | Suite 300 |
| | Washington, DC 20016 |
| | bmctigue@mcgtiguelaw.com |
| | bveis@mctiguelaw.com |
| | jmoore@mctiguelaw.com |

                                                   */s/ Darren A. Shuler*
                                                   David Tetrick, Jr.
                                                   Georgia Bar No. 713653