IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, and all others similarly situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>SUNTRUST BANKS, INC., THE SUNTRUST BANKS, INC. BENEFITS PLAN COMMITTEE, JORGE ARRIETA, HAROLD BITLER, MIMI BREEDEN, MARK CHANCY, ALSTON D. CORRELL, DAVID DIERKER, TED HOEPNER, KEN HOUGHTON, THOMAS KUNTZ, DONNA LANGE, JOSEPH L. LANIER, JR., JEROME LIENHARD, GREGORY MILLER, THOMAS PANTHER, WILLIAM O'HALLORAN, LARRY L. PRINCE, WILLIAM H. ROGERS, JR., CHRISTOPHER SHULTS, JOHN SPIEGEL, MARY STEELE, and JOHN and JANE DOES 1 to 20.<br><br>              Defendants. | **PLAINTIFF'S STATEMENT REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>Case No.:  1:11-cv-00784 ODE |

Defendants filed a Motion to Dismiss on May 20, 2011 (Dkt. No. 29). Plaintiff timely filed an amended complaint as of right on June 6, 2011. (Dkt. No. 36). In part, the amended complaint added additional allegations addressing the issues raised in Defendants' Motion to Dismiss. *See, e.g., id.* ¶¶11, 30-31, 56, 85. The amended complaint also added an additional claim. *Id.* ¶¶127-134.

It is well settled that an amended complaint moots a pending motion to dismiss. *Dresdner Bank AG v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir.2006) (amended complaint renders original complaint a nullity); *Brown v. First Tennessee Bank Nat. Ass'n,* 753 F.Supp.2d 1249, 1250 n.2 (N.D. Ga. 2009) (amended complaint renders pending motion to dismiss moot). Plaintiff is thus filing this statement to clarify the docket and explain why no opposition to the motion to dismiss was filed on June 6, 2011. (If Plaintiff had not filed an amended complaint, Plaintiff certainly would have opposed Defendants' motion).

June 8, 2011             Respectfully Submitted,

                                    By /s/ James A. Moore _____

J. Brian McTigue (*Admitted Pro Hac Vice*)
James A. Moore (*Admitted Pro Hac Vice*)
**MCTIGUE & VEIS LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC  20016
Tel:  (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

*Counsel for Plaintiff Barbara J. Fuller*

/s/ Alan R. Perry (by James A. Moore)
Alan R. Perry, Jr. (GA Bar #572508)
**PAGE PERRY LLC**
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
(P) 770-673-0047
(F) 770-673-0120
aperry@pageperry.com

*Local Counsel for Plaintiff Barbara J. Fuller*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BARBARA J. FULLER, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION FILE NO.** |
| ) | **1:11-CV-784-ODE** |
| **SUNTRUST BANKS, INC. et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to the following attorneys of record:

**Darren A. Shuler**
King & Spalding, LLP-ATL
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404-572-2790
Email: dshuler@kslaw.com

**Michael Benjamin Wakefield**
King & Spalding, LLP-ATL
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404-572-2825
Email: mwakefield@kslaw.com

**David Tetrick , Jr.**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
404-572-4600
Email: dtetrick@kslaw.com

/s/ James A. Moore
McTigue & Veis LLP

3