IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BARBARA J. FULLER, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NO. |
| | ) 1:11-CV-784-ODE |
| **SUNTRUST BANKS, INC. et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants move under Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Amended Complaint [Doc. No. 36] with prejudice. The bases for this motion and the supporting authorities are set forth in the contemporaneously filed Brief.

**WHEREFORE**, Defendants move for an Order dismissing Plaintiff's Amended Complaint with prejudice.

Respectfully submitted, this 20th day of June 2011.

                               */s/ Darren A. Shuler*
                               David Tetrick, Jr.
                               Georgia Bar No. 713653
                               Darren A. Shuler
                               Georgia Bar No. 644276
                               Michael B. Wakefield
                               Georgia Bar No. 950517

2

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3531
(404) 572-4600
(404) 572-5135 (facsimile)
dtetrick@kslaw.com
dshuler@kslaw.com
mwakefield@kslaw.com

**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al. | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE NO. |
| | ) 1:11-CV-784-ODE |
| SUNTRUST BANKS, INC. et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to the following attorneys of record:

Alan R. Perry, Jr.   J.
**PAGE PERRY LLC**
1040 Crown Point Parkway
Suite 1050
Atlanta, Georgia  30338
aperry@pageperry.com

Brian McTigue
Bryan T. Veis
James A. Moore
**MCTIGUE & VEIS LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC 20016
bmctigue@mcgtiguelaw.com
bveis@mctiguelaw.com
jmoore@mctiguelaw.com

*/s/ Darren A. Shuler*
Georgia Bar No. 644276