IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION FILE NO. ) 1:11-CV-784-ODE |
| SUNTRUST BANKS, INC., et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION**

Defendants move under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss for lack of subject-matter jurisdiction the remaining claims in Plaintiff's Amended Complaint that survived the Court's March 20, 2012 Order [Doc. 59]. The basis for this motion and the supporting authorities are set forth in the contemporaneously filed Brief.

WHEREFORE, Defendants move for an Order dismissing with prejudice Plaintiff's Amended Complaint.

Respectfully submitted, this 5th day of April 2012.

></src/ Darren A. Shuler
David Tetrick, Jr.
Georgia Bar No. 713653
Darren A. Shuler
Georgia Bar No. 644276
Michael B. Wakefield
Georgia Bar No. 950517

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3531
(404) 572-4600
(404) 572-5139 (facsimile)
dtetrick@kslaw.com
dshuler@kslaw.com
mwakefield@kslaw.com

**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BARBARA J. FULLER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUNTRUST BANKS, INC. et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION FILE NO.<br>1:11-CV-784-ODE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to the following attorneys of record:

Alan R. Perry, Jr.
**PAGE PERRY LLC**
1040 Crown Point Parkway
Suite 1050
Atlanta, Georgia  30338
aperry@pageperry.com

J. Brian McTigue
Bryan T. Veis
James A. Moore
**MCTIGUE & VEIS LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC 20016
bmctigue@mcgtiguelaw.com
bveis@mctiguelaw.com
jmoore@mctiguelaw.com

/s/ Darren A. Shuler
Georgia Bar No. 644276