FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 21 2017

JAMES N. HATTEN, Clerk
By: /s/ L. Beck, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE SUNTRUST BANKS, INC.<br>401(k) PLAN AFFILIATED<br>FUNDS ERISA LITIGATION | CIVIL ACTION FILE<br>NO. 1:11-CV-784-ODE |

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of the Parties' Joint Motion to Amend the Scheduling Order, and for good cause appearing therefrom, it is **HEREBY ORDERED**, that the following schedule shall apply to this case, subject to modification for good cause shown at the request of either of the Parties:

a. The deadline for identification of merits and class certification experts and the subjects of their proposed testimony (but not the provision of written reports required by Fed. R. Civ. P. 26(a)(2)(B)) is August 14, 2017.

b. The deadline for identification of any rebuttal experts and the subject of their proposed rebuttal testimony (but not the provision of written reports required by Fed. R. Civ. P. 26(a)(2)(B)) is September 14, 2017.

c. The fact discovery cut off is September 27, 2017.

d. The deadline for Motion for Leave to Amend Pleadings in Response to Information Learned Through Discovery is October 18, 2017.

e. The deadline for Plaintiffs' Motion for Class Certification is November 8, 2017.

f. The deadline for Defendants' Opposition to Motion for Class Certification is <u>45 Days after Service of Plaintiffs' Motion</u> (or, if Plaintiffs file an expert report with their Motion for class certification, 60 days if Defendants elect to depose Plaintiffs' expert and/or file an expert rebuttal report).

g. The deadline for Plaintiffs' Reply in Support of Motion for Class Certification is <u>45 days after service of Defendants' Opposition</u> (or, if Defendants file an expert report with their opposition, 60 days if Plaintiffs elect to depose Defendants' expert and/or file an expert rebuttal report).

h. The deadline for Expert Witness Reports in accordance with Fed. R. Civ. P. 26(a)(2)(B) (previously disclosed experts only) is <u>45 days after the Court's Decision on Class Certification</u>.[1]

i. The deadline for Rebuttal Expert Reports in accordance with Fed. R. Civ. P. 26(a)(2)(B) (previously disclosed experts only) is <u>45 days after the deadline for expert reports</u>.

j. The deadline for Reply Expert Reports (previously disclosed experts only) is <u>30 days after the deadline for rebuttal expert reports</u>.

k. The expert discovery cut off is <u>45 days after the deadline for reply expert reports</u>.

l. The deadline for Dispositive Motions is <u>45 days after expert discovery cut off</u>.

---

[1] Nothing in this schedule shall preclude the Parties from serving expert reports in accordance with Fed. R. Civ. P. 26(a)(2)(B) at a date earlier than the deadline listed above in paragraph h, or from relying on such earlier served report(s) in any motion(s) that may be filed prior to the deadline for dispositive motions listed in paragraph l.

m. The deadline for Responses to Dispositive Motions is <u>45 days after dispositive motion deadline</u>.

n. The deadline for Replies in Support of Dispositive Motions is <u>30 days after service of responses to dispositive motions</u>.

o. Plaintiffs and Defendants shall be permitted to take 20 depositions per side (excluding expert and third-party depositions) before they are required to seek leave of Court.

**IT IS SO ORDERED this** \_\_\_20\_\_\_ **day of June, 2017.**

_____
HON. ORINDA D. EVANS
United States District Judge