UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C, Atlanta
FEB 13 2020
JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

| | |
|---|---|
| In re SunTrust Banks, Inc. 401(k) Plan Affiliated Funds ERISA Litigation | CIVIL ACTION NO. 1:11-CV-784-ODE |

ORDER

This civil action is before the Court on the parties' Joint Report on Status of Mediation, filed January 31, 2020. In the Report the parties request a continuance of the stay to finalize their agreement and prepare necessary papers, including a motion for preliminary approval of the settlement which they anticipate will be on or before March 11, 2020. This Court GRANTS this request and the stay will remain in effect until the filing of the preliminary approval papers, but no later than March 11, 2020.

SO ORDERED, this 12 day of February, 2020.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE