# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **In re SunTrust Banks, Inc. 401(k) Plan Affiliated Funds ERISA Litigation** | **CIVIL ACTION FILE NO.** <br> **1:11-CV-784-ODE** |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs and Class Representatives Barbara J. Fuller, Elaine Jefferson, Barbara Kennedy, Selethia Pruitt, and Mariah Carey Williams ("Plaintiffs") by and through their attorneys, respectfully move the Court for an Order granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") and preliminarily approved by the Court on March 18, 2020 (ECF No. 290). Defendants do not oppose the requested relief.  In support of this motion and filed herewith are a Memorandum in Support, Joint Declaration, and Proposed Order.

Dated: June 5, 2020

Respectfully submitted,

\s\  James A. Moore
James A. Moore
J. Brian McTigue
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue NW
Suite 300
Washington, DC 20016
(202) 364-6900
(202) 364-9960 (facsimile)

bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Karen L. Handorf
Scott Michael Lempert
Jamie L. Bowers
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Suite 500
1100 New York Avenue NW
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (facsimile)
khandorf@cohenmilstein.com
slempert@cohenmilstein.com
jbowers@cohenmilstein.com

*Class Counsel*

\s\ Alan R. Perry, Jr.
Alan R. Perry, Jr. (GA Bar #572508)
**PAGE PERRY**
1493 LaVista Road NE
Atlanta, GA 30324
(404) 567-4400
(404) 334-7213 (facsimile)
aperry@pageperry.com

*Liaison Counsel*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1C. This Motion was prepared on a computer using the Times New Roman font (14 point).

Date:   June 5, 2020                          */s/ James A. Moore*
                                             James A. Moore